UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KATIE BEADZ ASHFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 1:21-CV-00424-MK<br><br><br><br>ORDER |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), Plaintiff's Motion is hereby granted in the sum of $17,969.725, reduced by $6,539.68 in Equal Access to Justice Act ("EAJA") fees, for a net of $11,430.04 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. § 406(b).  Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, John E. Haapala, Jr., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to his office at 401 E. 10th Ave., Eugene, OR 97401, consistent with this order. There are no other costs.

DATED this 6th day of September 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov